AARON D. FORD
  Attorney General
KEVIN A. PICK
  Senior Deputy Attorney General
  Nevada Bar No. 11683
CAMERON P. VANDENBERG
  Chief Deputy Attorney General
  Nevada Bar No. 4356
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2129 (phone)
(775) 688-1822 (fax)
Email: kpick@ag.nv.gov
      cvandenberg@ag.nv.gov
*Attorneys for Defendant, State of Nevada*
*ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARDELLE PETERSEN,<br><br>     Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* its NEVADA DEPARTMENT OF CORRECTIONS,<br><br>     Defendant. | Case No. 3:20-cv-00201-RCJ-WGC<br><br><u>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**</u><br><br>**(FIRST REQUEST)** |

Defendant, State of Nevada *ex rel.* its Department of Corrections ("NDOC"), and Plaintiff, Mardelle Petersen, by and through undersigned counsel, pursuant to LR IA 6-1 and LR IA 6-2, hereby submit their Stipulation and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiff, Mardelle Petersen, filed a Complaint (ECF No. 1) on April 2, 2020. Defendant was served with the Complaint on April 6, 2020, and the Attorney General was served on April 8, 2020. The deadline for Defendant to answer or otherwise respond to the Complaint is April 27, 2020.

1

2           Due to the challenges presented by the current pandemic crisis, defense counsel's pre-
existing professional obligations, and Senior Deputy Attorney General Pick's previously

3    scheduled paternity leave through April 24, 2020, Defendant needs additional time to compile

4    information and prepare its response to the Complaint.

5           Upon agreement by and between the parties, through their respective counsel, the

6    undersigned counsel requests that this Court grant Defendant a 30-day extension of time, up to

7    and including, Monday, May 28, 2020, to file an answer or motion in response to Plaintiff's

8    Complaint.

9    / / /

10   / / /

11   / / /

12   / / /

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1       By entering into this stipulation, neither party waives any rights they have under statute,

2  law, or rule with respect to Plaintiff's Complaint.

3       DATED:  April 20, 2020

4  AARON D. FORD

5  Attorney General

6  By: _____/s/ Cameron Vandenberg_____     By:__/s/ Mark Mausert_____

7     KEVIN A. PICK               MARK MAUSERT, Esq.

      Senior Deputy Attorney General      Nevada Bar No. 2398

8     Nevada Bar No. 11683           729 Evans Avenue

      CAMERON P. VANDENBERG     Reno, NV 89512

9     Chief Deputy Attorney General      (775) 786-5477 (phone)

      Nevada Bar No. 4356           (775) 786-9658 (fax)

10    Office of the Attorney General       Email:  mark@markmausertlaw.com

11    5420 Kietzke Lane, Suite 202       *Attorneys for Plaintiff Mardelle Petersen*

      Reno, NV  89511

12    (775) 687-2129 (phone)

13    (775) 688-1822 (fax)

     Email: kpick@ag.nv.gov

14          cvandenberg@ag.nv.gov

15   *Attorneys for Defendant, State of Nevada*

     *ex rel. its Department of Corrections*

16

17                            **ORDER**

18                      IT IS SO ORDERED.

19

20                     William G. Cobb

                          UNITED STATES MAGISTRATE JUDGE

21

22                      Dated:  April 20, 2020

23

24

25

26

27

28