AARON D. FORD
  Attorney General
KEVIN A. PICK
  Senior Deputy Attorney General
  Nevada Bar No. 11683_
CAMERON P. VANDENBERG
  Chief Deputy Attorney General
  Nevada Bar No. 4356
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV  89511
(775) 687-2129 (phone)
(775) 688-1822 (fax)
Email: kpick@ag.nv.gov
          cvandenberg@ag.nv.gov
*Attorneys for Defendants, State of Nevada*
*ex rel. its Department of Corrections*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARDELLE PETERSEN,<br><br>            Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* its NEVADA DEPARTMENT OF CORRECTIONS,<br><br>            Defendant. | Case No.  3:20-cv-00201-RCJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

        Defendant, State of Nevada *ex rel.* its Department of Corrections ("NDOC"), and Plaintiff, Mardelle Petersen, by and through undersigned counsel, pursuant to LR IA 6-1 and LR IA 6-2, hereby submit their Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint.  This is the second request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

        Plaintiff, Mardelle Petersen, filed a Complaint (ECF No. 1) on April 2, 2020.  Defendant was served with the Complaint on April 6, 2020, and the Attorney General was served on April 8, 2020. The deadline for Defendant to answer or otherwise respond to the Complaint was April

1

1    27, 2020.  Defendant was granted an extension to and including Thursday, May 28, 2020, to file
2    a responsive pleading (ECF No. 6).

3          Despite this previous extension, the challenges presented by the current pandemic have
4    hindered counsel's ability to make contact with NDOC employees and obtain information for
5    purposes of preparing NDOC's responsive pleading. Furthermore, NDOC's EEO Officer
6    recently broke her ankle and is out of the office for three weeks, which has further hindered
7    counsel's ability to access information needed in preparing NDOC's responsive pleading. These
8    factors, along with limited staff availability at the Attorney General's Office due to the
9    pandemic, have made it necessary to request an additional extension of three weeks to prepare
10    Defendant's response to the Complaint.

11          Upon agreement by and between the parties, through their respective counsel, the
12    undersigned counsel requests that this Court grant Defendants an additional three weeks
13    extension of time, up to and including, Thursday, June 18, 2020, to file an answer or motion in
14    response to Plaintiff's Complaint.

15    / / /
16    / / /
17    / / /
18    / / /
19    / / /
20    / / /
21    / / /
22    / / /
23    / / /
24    / / /
25    / / /
26    / / /
27    / / /
28    / / /

1          By entering into this stipulation, neither party waives any rights they have under statute,

2    law, or rule with respect to Plaintiff's Complaint.

3          DATED:  May 13, 2020

4    AARON D. FORD

5    Attorney General

6    By: */s/ Kevin A. Pick*                  By: * /s/ Mark Mausert, Esq.*

7        KEVIN A. PICK                    MARK MAUSERT, ESQ.

8        Senior Deputy Attorney General        Nevada Bar No. 2398

     Nevada Bar No. 11683               729 Evans Avenue

9        CAMERON P. VANDENBERG        Reno, NV 89512

     Chief Deputy Attorney General         (775) 786-5477 (phone)

10       Nevada Bar No. 4356               (775) 786-9658 (fax)

11       Office of the Attorney General         Email:  [mark@markmausertlaw.com](mailto:mark@markmausertlaw.com)

     5420 Kietzke Lane, Suite 202        *Attorneys for Plaintiff Mardelle Petersen*

12       Reno, NV  89511

13       (775) 687-2129 (phone)

     (775) 688-1822 (fax)

14       Email: [kpick@ag.nv.gov](mailto:kpick@ag.nv.gov)

             [cvandenberg@ag.nv.gov](mailto:cvandenberg@ag.nv.gov)

15   *   Attorneys for Defendant, State of Nevada*

    *ex rel. its Department of Corrections*

16

17   **ORDER**

18   IT IS SO ORDERED.

19

20   William G. Cobb

    UNITED STATES MAGISTRATE JUDGE

21

22   Dated:  May 14 , 2020.

23

24

25

26

27

28

3