UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARDELLE PETERSEN, | Case No. 3:20-cv-00201-RCJ-WGC |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS (First Request)** |
| THE STATE OF NEVADA, *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendant. | |

Pursuant to Local Rule IA 6-1, Plaintiff MARDELLE PETERSEN, and Defendant STATE OF NEVADA, *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS by and through their undersigned counsels of record, hereby stipulate and respectfully request an Order granting the Stipulation to extend the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss (ECF No. 9) from June 29, 2020 to July 13, 2020.

//

//

//

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS

The parties request this extension due to counsel for Plaintiff's congested calendar and need for additional time to prepare a proper response.

| | |
|---|---|
| Dated: June 26, 2020. | Dated: June 26, 2020. |
| LAW OFFICE OF MARK MAUSERT | OFFICE OF THE ATTORNEY GENERAL |
| /s/ Mark Mausert | /s/ Kevin Pick |
| MARK MAUSERT | KEVIN A. PICK |
| Attorney for Plaintiff | CAMERON P. VANDENBERG |
| | Attorneys for Defendant |

IT IS SO ORDERED.

DATED this 26th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS