AARON D. FORD
  Attorney General
KEVIN A. PICK
  Senior Deputy Attorney General
  Nevada Bar No. 11683
CAMERON P. VANDENBERG
  Chief Deputy Attorney General
  Nevada Bar No. 4356
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2129 (phone)
(775) 688-1822 (fax)
Email: kpick@ag.nv.gov
       cvandenberg@ag.nv.gov
*Attorneys for Defendants, State of Nevada ex rel. its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARDELLE PETERSEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE STATE OF NEVADA, *ex rel.* its NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Defendant. | Case No. 3:20-cv-00201-RCJ-WGC<br><br>**STIPULATION AND ORDER EXTENDING TIME TO SUBMIT REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Defendant, State of Nevada *ex rel.* its Department of Corrections ("NDOC"), and Plaintiff, Mardelle Petersen, by and through undersigned counsel, pursuant to LR IA 6-1 and LR IA 6-2, hereby submit this Stipulation, Request, and Order Extending Time for NDOC to submit its Reply in Support of Motion to Dismiss.

NDOC filed a Motion to Dismiss on June 15, 2020. *See* ECF No. 9. Plaintiff Petersen filed her Opposition to Motion to Dismiss on July 13, 2020. *See* ECF No. 12. The deadline for NDOC to file it reply in support of Motion to Dismiss is Monday, July 20, 2020. The parties hereby stipulate to extend the deadline for NDOC's reply in support of motion to dismiss by two (2) weeks, to August 3, 2020. This is the first such extension sought by NDOC.

1

This extension is needed because of limited staff availability at the Attorney General's Office due to the pandemic, as well as the need for additional time to prepare a response to the legal arguments raised in Plaintiff's Opposition to Motion to Dismiss. As such, upon agreement by and between the parties, through their respective counsel, the undersigned counsel requests that this Court grant NDOC an additional two weeks extension of time, up to and including, Monday August 3, 2020, to file its Reply in Support of Motion to Dismiss.

DATED: July 14, 2020

AARON D. FORD
Attorney General

By: */s/ Kevin A. Pick*
    KEVIN A. PICK
    Senior Deputy Attorney General
    Nevada Bar No. 11683
    CAMERON P. VANDENBERG
    Chief Deputy Attorney General
    Nevada Bar No. 4356
    Office of the Attorney General
    5420 Kietzke Lane, Suite 202
    Reno, NV  89511
    (775) 687-2129 (phone)
    (775) 688-1822 (fax)
    Email: kpick@ag.nv.gov
        cvandenberg@ag.nv.gov
*Attorneys for Defendant, State of Nevada ex rel. its Department of Corrections*

By: */s/ Mark Mausert, Esq.*
    MARK MAUSERT, ESQ.
    Nevada Bar No. 2398
    729 Evans Avenue
    Reno, NV 89512
    (775) 786-5477 (phone)
    (775) 786-9658 (fax)
    Email:  mark@markmausertlaw.com
    *Attorneys for Plaintiff Mardelle Petersen*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: July 16_____, 2020.

2