MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARDELLE PETERSEN, | Case No.: 3:20-cv-00201-RCJ-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| THE STATE OF NEVADA, *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

COMES NOW, Plaintiff, MARDELLE PETERSEN, and Defendant, THE STATE OF NEVADA *ex rel.* NEVADA DEPARTMENT OF CORRECTIONS, by and through their undersigned counsel of record and hereby stipulate and agree as follows:

1. Counsel for Plaintiff will be out of town from September 29, 2020 to October 22, 2020. Counsel for Plaintiff has a **rare** opportunity to row the Grand Canyon. Permits for such trips are very difficult to obtain.

//

//

//

//

//

2. The parties therefore agree to continue the Early Neutral Evaluation (ENE) currently scheduled for October 22, 2020 at 1:30 p.m. before Magistrate Judge Carla Baldwin, as well as the pre-ENE status conference currently scheduled for October 15, 2020, at 3:00 p.m., to the next available date(s) for Magistrate Judge Baldwin, counsel, and the parties.

DATED this 28th day of September, 2020.     DATED this 28th day of September, 2020.

MARK MAUSERT LAW OFFICE                      OFFICE OF THE ATTORNEY GENERAL

By: __/s/ Mark Mausert__                     By: __/s/ Kevin Pick__
MARK MAUSERT                                 KEVIN A. PICK, ESQ.
729 Evans Avenue                             5420 Kietzke Lane, Suite 202
Reno, Nevada 89512                           Reno, Nevada 89511
*Attorney for Plaintiff*                     *Attorney for Defendant*

DATED this __28th__ day of __September__, 2020.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE