AARON D. FORD
Attorney General
KEVIN A. PICK
Senior Deputy Attorney General
Nevada Bar No. 11683
CAMERON P. VANDENBERG
Chief Deputy Attorney General
Nevada Bar No. 4356
Nevada Office of the Attorney General
5420 Kietzke Lane, Suite 202
Reno, NV 89511
(775) 687-2129 (phone)
(775) 688-1822 (fax)
Email: kpick@ag.nv.gov
       cvandenberg@ag.nv.gov
*Attorneys for Defendant, State of Nevada*
*ex rel. its Department of Corrections*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARDELLE PETERSEN, | Case No.  3:20-cv-00201-RCJ-WGC |
| Plaintiff, | |
| v. | |
| THE STATE OF NEVADA, *ex rel.* its NEVADA DEPARTMENT OF CORRECTIONS, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Defendant, State of Nevada, *ex rel.* its Nevada Department of Corrections ("NDOC"), by and through counsel, Aaron D. Ford, Nevada Attorney General, Kevin A. Pick, Senior Deputy Attorney General, and Plaintiff Mardelle Petersen, by and through counsel Mark Mausert, Esq., hereby stipulate and agree that, consistent with the requirements of Federal Rule

\* \* \*

\* \* \*

\* \* \*

\* \* \*

1

of Civil Procedure 41(a), the Court may dismiss Plaintiff's action, in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: February 5, 2021

AARON D. FORD
Attorney General

By: */s/ Kevin A. Pick*
    KEVIN A. PICK
    Senior Deputy Attorney General
    Nevada Bar No. 11683
    CAMERON P. VANDENBERG
    Chief Deputy Attorney General
    Nevada Bar No. 4356
    Office of the Attorney General
    5420 Kietzke Lane, Suite 202
    Reno, NV 89511
    (775) 687-2129 (phone)
    (775) 688-1822 (fax)
    Email: kpick@ag.nv.gov
         cvandenberg@ag.nv.gov
*Attorneys for Defendant, State of Nevada ex rel. its Department of Corrections*

By: */s/ Mark Mausert, Esq.*
    MARK MAUSERT, Esq.
    Nevada Bar No. 2398
    729 Evans Avenue
    Reno, NV 89512
    (775) 786-5477 (phone)
    (775) 786-9658 (fax)
    Email: mark@markmausertlaw.com
*Attorneys for Plaintiff Mardelle Petersen*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: February 8, 2021.